UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
┌─────────────────────────────────┐
│ USDC-SDNY                        │
│ DOCUMENT                         │
│ ELECTRONICALLY FILED             │
│ DOC#:                            │
│ DATE FILED:  1-25-21             │
└─────────────────────────────────┘
```

HOPE FARNUM,

                              Plaintiff,

            v.

CROWN EQUIPMENT CORPORATION, *et al.*,

                              Defendants.

20-CV-10843 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

In light of Plaintiff's pending motion to remand, Dkt. 13–15, the initial pre-trial conference in this case, currently scheduled for February 5, 2021, is hereby adjourned sine die.

SO ORDERED.

Dated:     January 25, 2021
           New York, New York

                              RONNIE ABRAMS
                              United States District Judge